

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-16-00245-CR & 04-16-00246-CR

Tim S. **ARCHULETA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2013CR3478C & 2013CR3479C
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, these appeals are DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED June 15, 2016.

_____
Karen Angelini, Justice